IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MALCOLM EUGENE GOLSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv31-MHT |
| | ) | (WO) |
| DENNIS W. STAMPER | ) | |
| (Warden), | ) | |
| | ) | |
| Respondent. | ) | |

OPINION

Pursuant to 28 U.S.C. § 2241, petitioner, a federal inmate, filed this petition for writ of habeas corpus contending that he was improperly sentenced as a career offender. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the petition be dismissed for lack of jurisdiction. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of January, 2018.

                                     /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**